F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 0 5 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00560-BNB

GILARIME MICHAEL MUELLER,

    Plaintiff,

v.

JOHN L. KAMMERZELL, U.S. Marshal, against his [sic] individually and official capacities,

    Defendant.

## ORDER OF DISMISSAL

Plaintiff, Gilarime Michael Mueller, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, in Florence, Colorado. He initiated this action by filing *pro se* a prisoner complaint pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). He asserted federal question and diversity jurisdiction pursuant to 28 U.S.C. § 1331 and § 1332 respectively.

On March 30, 2011, Magistrate Judge Boyd N. Boland ordered Mr. Mueller to file within thirty days an amended complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The March 30 order warned Mr. Mueller that, if he failed to file an amended complaint as directed, the complaint and the action would be dismissed without further notice.

Mr. Mueller has failed, within the time allowed, to file an amended complaint as directed or otherwise to communicate with the Court in any way.

Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Gilarime Michael Mueller, within the time allowed, to file an amended complaint that complies with the pleading requirements of Fed. R. Civ. P. 8 and with the directives of the March 30, 2011, order for an amended complaint, and for his failure to prosecute. It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this 5th day of May, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00560-BNB

Gilarime Michael Mueller
Reg No. 08744-030
FCI Florence
P.O. Box 6000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on May 5, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk